*mitzie*

#04-17103
mota

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

106
1-2 / 210

AARON CAILLOUET
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding                                             TID # 380220

MOTA, JOSE, MOTA, LIDIA (04-17103 B)
312570691066

Date    05/17/2007

Surplus funds *due debtors*

$    *******3,292.57

~~~Three Thousand Two Hundred Ninety-Two Dollars and 57/100

Pay to the
Order of   Clerk, U.S. Bankruptcy Court
           Hale Boggs Building
           500 Poydras Street, Room B-601
           New Orleans LA 70130

AARON CAILLOUET, Trustee

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈"000000106"⑈  ⑆021000021⑆:312570691066⑈"

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 222155       - RW
* * C O P Y * *
May 24, 2007
14:23:41

TREASURY REGFUND
04-17103

ebtor.: JOSE MOTA
rustee: Aaron Caillouet
   341: 10/28/2004   @ 01:30pm
 ount.:              $3,292.57 CH
eck#.: 106

otal-> $3,292.57

JM: CAILLOUT

#3292 57
Deposited to
Treasury 6047BK
on 5/24/07 - funds
due debtors