# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: JOSE AND LIDIA MOTA  
    Debtor(s)

BANKRUPTCY CASE NO. 04-17103

CHAPTER 7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, **JOSE AND LIDIA MOTA**, the undersigned claimants, along with undersigned counsel, **RONALD J. VEGA**, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On May 24, 2007, the trustee of this estate deposited the sum of $3,292.57, belonging to Jose and Lidia Mota, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Jose and Lidia Mota at the following address: 3329 Florida Avenue, Kenner, Louisiana 70065.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of our knowledge, all information and documents submitted in support of this motion are true and correct.

Date: _MARCH 29, 2010_

_/s/ Ronald J. Vega_  
**RONALD J. VEGA (Bar Roll No. 13038)**  
3329 Florida Avenue  
Kenner, LA 70065  
Phone: 504-469-6699  
*Attorney for Debtors*  
Sworn to and Subscribed Before Me  
on this _29_ day of _March_, 2010.

_/s/ Ronald J. Vega_  
Notary Public in and for the State of Louisiana  
Bar Roll No. _13038_

_/s/ Jose Mota_  
**JOSE MOTA**  
2513 Williamsbourg Drive  
Laplace, LA 70068

_/s/ Lidia Mota_  
**LIDIA MOTA**  
328 Duke Drive, Apt. B  
Kenner, LA 70065



United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Suite B-601
500 Poydras Street
New Orleans, Louisiana 70130

R. Marla Hamilton
Clerk of Court

(504) 589-7862

January 13, 2010

Mr. and Mrs. Jose Mota
328 Duke Drive, Apartment B
Kenner, LA 70065-2333

Dear Mr. and Mrs. Mota:

Our records indicate that you may have unclaimed funds in the amount of $3,292.57 that were deposited on May 24, 2007, being held by the court related to the following bankruptcy case:

Caption: *In re Jose and Lidia Mota*
Case No.: 04-17103

If you were the debtor(s) or a creditor in this case, and you believe that you are entitled to these funds, please review the attached "Procedures for Claiming Unclaimed Funds." This information is also located on the court's website at: http://www.laeb.uscourts.gov/ under "Case Info."

Sincerely,

R. Marla Hamilton

By:

*Cheryl G. Vogel*
Cheryl Vogel
Fiscal Supervisor

Enclosure