# United States Bankruptcy Court
# Eastern District of Louisiana

To:  Ronald Vega                                      Case Number:  04-17103

Debtor(s):  Jose and Lidia Mota                       Chapter:  7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

- ✓ Copies of claimants current driver's licenses or other government-issued identification containing the claimants' photograph and current address is required.

- ✓ Copies of the Claimants social security cards are required.

- ✓ Documentation that the claimant resided at the original address at the time of deposit is required. (Ex. old electric bill, telephone bill or any document with the original address, etc.)

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By:  Cheryl A. Vogel
Fiscal Supervisor

Date: May 14, 2010